Hearing Date:"Lͭvͤpg'9."4232
Hearing Time:"32-22"c 0
Location: 219 S. Dearborn St., Courtroom"8: 2
  Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | §""""""Ej cr vgt'9 | |
| | § | |
| PELHAM ENTERPRISES, INCORPORATED | § | Case No. 07-01312 |
| | § | |
| Debtor | """§"""""""J qp0Lqj p'J 0Us vkt gu | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under chapter    of the United States Bankruptcy Code on
    .  The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Payments to the debtor

    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing claims in this case was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $             as interim compensation and now requests a sum of $             , for a total compensation of $             .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $         , and now requests reimbursement for expenses of $         , for total expenses of $           .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi, Trustee_____
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| | |
|---|---|
| Case No: | 07-01312    JHS    Judge: John H. Squires |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED |
| For Period Ending: | 03/22/10 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 01/25/07 (f) |
| 341(a) Meeting Date: | 02/27/07 |
| Claims Bar Date: | 06/06/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PACIFIC LIFE INSURANCE POLICY # VP 60939730 LIFE I insurance on life of principal shareholder, Ernest Ojeda - balance consumed by charges against cash value and investment losses. | 10,505.42 | 0.00 | | 0.00 | FA |
| 2. CLAIM AGAINST BG EAST, LLC AND GINO'S EAST HOME, L Removed pending suit to bankruptcy court, settled per court order for payment of up to $520,000, depending on claims reductions by defendants. | 1.00 | 0.00 | | 0.00 | FA |
| 3. CLAIM AGAINST JOEY BUONA'S PIZZERIA-GRILLE -- CHIC see above note, claims brought in one suit and now settled | 1.00 | 0.00 | | 502,503.24 | FA |
| 4. FRANCHISE AGREEMENT WITH JOEY BUONA'S PIZZERIA GRI claim for breach of franchise agreement settled as part of lawsuit settlement | 1.00 | 0.00 | | 0.00 | FA |
| 5. RESTAURANT FURNITURE, FIXTURES, EQUIPMENT AND SUPP ownership of restaurant fixtures transferred as part of settlement of lawsuit | 321,541.00 | 0.00 | | 0.00 | FA |
| 6. RESTAURANT INVENTORY LOCATED AT 160-164 EAST SUPER inventory value claims settled as part of settlement of lawuit | 38,000.00 | 0.00 | | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 779.91 | Unknown |
| 8. Tax Refunds (u) | 0.00 | 5,751.00 | | 80,484.11 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $370,049.42 | $5,751.00 | | $583,767.26 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Exhibit A**

| | |
|---|---|
| Case No: | 07-01312    JHS    Judge: John H. Squires |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 01/25/07 (f) |
| 341(a) Meeting Date: | 02/27/07 |
| Claims Bar Date: | 06/06/07 |

Debtor operated Joey Buona's restaurant under purported franchise agreement with Buona Companies.  Restaurant failed,
debtor brought suit to recover property, claimed breach of franchise disclosure law.  Suit removed to bankruptcy court,
entered into global settlement with defendants to resolve all claims and transfer personal property in dispute in
exchange for payments which could reach $520,000 depending on defendant's success in reducing claims against the estate,
 minimum payment will be $400,000.  Review tax issues, determine if any avoidable transfers and monitor claims objection
 process; Trustee employed accountants; analyzed tax deferred exchanges, as necessary, to prepare Estate tax returns;
tax returns prepared and filed; all claims have been reviewed and analyzed; Trustee requested abatement of penalty
assessed;  IRS did not approve the Trustee's requested abatement of penalty assessed; Trustee has provided additional
information to the appeals division in support of the Trustee's requested abatement; in the event the request is
granted, Trustee will undertake a supplemental distribution

Initial Projected Date of Final Report (TFR): 06/01/09        Current Projected Date of Final Report (TFR): 09/30/10

FOR

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:　　07-01312 -JHS

Case Name:　PELHAM ENTERPRISES, INCORPORATED

Taxpayer ID No:　*******0849

For Period Ending:　03/22/10

Trustee Name:　　　Joseph A. Baldi, Trustee

Bank Name:　　　　Bank of America, N.A.

Account Number / CD #:　*******5863　Money Market Account (Interest Earn

Blanket Bond (per case limit):　$ 5,000,000.00

Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 01/31/08 | 3 | The Buona Companies, LLC | payment of settlement proceeds | 1149-000 | 173,333.35 | | 173,333.35 |
| | 01/31/08 | 7 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 5.68 | | 173,339.03 |
| | 02/29/08 | 7 | Bank of America, N.A. | Interest Rate  0.300 | 1270-000 | 44.05 | | 173,383.08 |
| | 03/06/08 | 3 | The Buona Companies, LLC | Installment No. 2 - Settlement | 1149-000 | 173,333.35 | | 346,716.43 |
| | | | | Wire transfer rec'd and posted by bank on 2/28/08. | | | | |
| | 03/25/08 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 6,872.00 | 339,844.43 |
| | | | | Transfer funds to pay interim attys compensation. ecb March 25, 2008, 02:46 pm | | | | |
| | 03/25/08 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 8,910.00 | 330,934.43 |
| | | | | Transfer funds to pay interim trustee compensation. ecb  March 25, 2008, 02:45 pm March 25, 2008, 02:45 pm | | | | |
| | 03/31/08 | 7 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 81.30 | | 331,015.73 |
| | 04/03/08 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 1,655.71 | 329,360.02 |
| | | | | Transfer funds to pay allowed expense reimbursement | | | | |
| | 04/03/08 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 60,517.50 | 268,842.52 |
| | | | | Transfer funds to pay allowed interim comp to special counsel . ecb April 03, 2008, 10:50 am | | | | |
| | 04/10/08 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 19,453.58 | 249,388.94 |
| | | | | Retransfer funds in corrected amount to pay allowed secured claim for attys lien per order dated 4/8/08. ecbApril 10, 2008, 10:16 am | | | | |
| * | 04/10/08 | | Transfer to Acct #*******5973 | Attorneys' Lien | 9999-003 | | 19,543.58 | 229,845.36 |
| | | | | Transfer to pay allowed secured claim for attys lien (per order dated 4/8/08)  ecb April 10, 2008, 10:13 am | | | | |
| * | 04/10/08 | | Reverses Transfer on 04/10/08 | Attorneys' Lien | 9999-003 | | -19,543.58 | 249,388.94 |
| | | | | Error of transposition. Amt should be 19,453..58. Will re transfer correct amount | | | | |

Page:   2

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-01312 -JHS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5863  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0849 | | |
| For Period Ending: | 03/22/10 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/22/08 | 3 | The Buona Companies, LLC | Installment No. 3 - Settlement | 1149-000 | 155,836.54 | | 405,225.48 |
| | | | Wire transfer rec'd and posted by bank on 04/18/08. | | | | |
| | | | Compensable amount reduced to reflect refunds | | | | |
| | | | paid per settlement agreement for claims reductions, | | | | |
| | | | see check 1006. | | | | |
| 04/30/08 | 7 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 67.12 | | 405,292.60 |
| 05/30/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 51.49 | | 405,344.09 |
| 06/30/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 49.84 | | 405,393.93 |
| 07/31/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 51.50 | | 405,445.43 |
| 08/29/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 51.51 | | 405,496.94 |
| 09/09/08 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 79,154.17 | 326,342.77 |
| | | | Transfer funds to checking to pay refund due to The | | | | |
| | | | Buona Companies, LLC pursuant to settlement | | | | |
| | | | agreement for reduction of claims. | | | | |
| 09/30/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 42.72 | | 326,385.49 |
| 10/31/08 | 7 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 31.66 | | 326,417.15 |
| 11/28/08 | 7 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 26.75 | | 326,443.90 |
| 12/31/08 | 7 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 18.91 | | 326,462.81 |
| 01/30/09 | 7 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 8.31 | | 326,471.12 |
| 02/17/09 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 294.16 | 326,176.96 |
| 02/27/09 | 7 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 7.51 | | 326,184.47 |
| 03/31/09 | 7 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 8.32 | | 326,192.79 |
| 04/30/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 18.77 | | 326,211.56 |
| 05/29/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 19.39 | | 326,230.95 |
| 06/30/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 18.77 | | 326,249.72 |
| 07/31/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 19.40 | | 326,269.12 |
| 08/03/09 | 8 | UNITED STATES TREASURY | Refund for 2004 Federal Taxes | 1224-000 | 5,751.00 | | 332,020.12 |
| | | Internal Revenue Service | | | | | |
| | | Cincinnati, OH  45999-0148 | | | | | |
| 08/31/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 19.70 | | 332,039.82 |
| 09/25/09 | 8 | UNITED STATES TREASURY | Refund for 2005 Federal Taxes | 1224-000 | 74,733.11 | | 406,772.93 |

Ver: 15.06b

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        07-01312  -JHS
Case Name:   PELHAM ENTERPRISES, INCORPORATED

Taxpayer ID No:   *******0849
For Period Ending:   03/22/10

Trustee Name:        Joseph A. Baldi, Trustee
Bank Name:          Bank of America, N.A.
Account Number / CD #:   *******5863  Money Market Account (Interest Earn

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Internal Revenue Service | | | | | |
| | | Cincinnati, OH  45999-0148 | | | | | |
| 09/30/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 19.39 | | 406,792.32 |
| 10/30/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 24.18 | | 406,816.50 |
| 11/30/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 23.41 | | 406,839.91 |
| 12/31/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 24.19 | | 406,864.10 |
| 01/29/10 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 24.19 | | 406,888.29 |
| 02/26/10 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 21.85 | | 406,910.14 |
| 03/03/10 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 92.73 | 406,817.41 |
| | | | Transfer funds for bond premium payment. | | | | |
| 03/04/10 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 254.15 | 406,563.26 |

| Account | *******5863 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 5 | Deposits | 582,987.35 | 0 | Checks | 0.00 |
| | | 26 | Interest Postings | 779.91 | 0 | Adjustments Out | 0.00 |
| | | | | | 11 | Transfers Out | 177,204.00 |
| | | | Subtotal | $  583,767.26 | | | |
| | | | | | | Total | $  177,204.00 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $  583,767.26 | | | |

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-01312 -JHS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | PELHAM ENTERPRISES, INCORPORATED | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5973  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0849 | | | |
| For Period Ending: | 03/22/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/08 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 6,872.00 | | 6,872.00 |
| | | | Transfer funds to pay interim attys compensation. ecb March 25, 2008, 02:46 pm | | | | |
| 03/25/08 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 8,910.00 | | 15,782.00 |
| | | | Transfer funds to pay interim trustee compensation. ecb  March 25, 2008, 02:45 pm March 25, 2008, 02:45 pm | | | | |
| 03/25/08 | 001001 | JOSEPH A. BALDI , as Trustee Joseph A. Baldi & Associates 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | 1st Interim Compensation Allowance Per order dated 03/25/08 | 2100-000 | | 8,910.00 | 6,872.00 |
| 03/25/08 | 001002 | JOSEPH A. BALDI & ASSOCIATES, P.C. 19 South LaSalle Street Suite 1500 Chicago, IL  60603 | 1st Interim Compensation Allowance Attorneys Fees Per order dated 03/25/08 | 3110-000 | | 6,872.00 | 0.00 |
| 04/03/08 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 1,655.71 | | 1,655.71 |
| | | | Transfer funds to pay allowed expense reimbursement | | | | |
| 04/03/08 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 60,517.50 | | 62,173.21 |
| | | | Transfer funds to pay allowed interim comp to special counsel . ecb April 03, 2008, 10:50 am | | | | |
| 04/03/08 | 001003 | Bauch & Michaels 53 W. Jackson Boulevard Suite 1115 Chicago  IL  60604 | Interim Compensation TR Special Counsel (1st  Interim Fee App) Allowed per court order dated 3/27/2008 | 3210-000 | | 60,517.50 | 1,655.71 |
| 04/03/08 | 001004 | Bauch & Michaels 53 W. Jackson Boulevard Suite 1115 Chicago  IL  60604 | Expense Reimbursement TR Special Counsel (1st Inteirm App) Per order dated 3/27/2008 | 3220-000 | | 1,655.71 | 0.00 |

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:       07-01312  -JHS
Case Name:   PELHAM ENTERPRISES, INCORPORATED

Trustee Name:           Joseph A. Baldi, Trustee
Bank Name:              Bank of America, N.A.
Account Number / CD #:   *******5973  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******0849
For Period Ending:  03/22/10

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 04/10/08 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 19,453.58 | | 19,453.58 |
| | | | | Retransfer funds in corrected amount to pay allowed | | | | |
| | | | | secured claim for attys lien per order dated 4/8/08. | | | | |
| | | | | ecbApril 10, 2008, 10:16 am | | | | |
| * | 04/10/08 | | Transfer from Acct #*******5863 | Attorneys' Lien | 9999-003 | 19,543.58 | | 38,997.16 |
| | | | | Transfer to pay allowed secured claim for attys lien | | | | |
| | | | | (per order dated 4/8/08)  ecb April 10, 2008, 10:13 | | | | |
| | | | | am | | | | |
| * | 04/10/08 | | Reverses Transfer on 04/10/08 | Attorneys' Lien | 9999-003 | -19,543.58 | | 19,453.58 |
| | | | | Error of transposition.  Amt should be 19,453..58. | | | | |
| | | | | Will re transfer correct amount | | | | |
| | 04/10/08 | 001005 | Bauch & Michaels, LLC | Allowed Secured Claim - Attys Lien | 4220-000 | | 19,453.58 | 0.00 |
| | | | 53 W. Jackson Blvd., STE 1115 | Per order dated 4/8/08 | | | | |
| | | | Chicago, IL 60604 | | | | | |
| | 09/09/08 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 79,154.17 | | 79,154.17 |
| | | | | Transfer funds to checking to pay refund due to The | | | | |
| | | | | Buona Companies, LLC pursuant to settlement | | | | |
| | | | | agreement for reduction of claims. | | | | |
| | 09/09/08 | 001006 | THE BUONA COMPANIES, LLC | refund pursuant to settlement | 8500-000 | | 79,154.17 | 0.00 |
| | | | % Carlo Buonavolanto | Refund under terms of Settlement Agreement with | | | | |
| | | | 6801 W. Roosevelt Road | Buona Companies for claims reductions, final | | | | |
| | | | Berwyn, IL  60402 | payment. | | | | |
| | 02/17/09 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 294.16 | | 294.16 |
| | 02/17/09 | 001007 | International Sureties, Ltd. | 2009 Bond Premium Payment | 2300-000 | | 294.16 | 0.00 |
| | | | 701 Poydras Street #420 | Bond No. 016026455 | | | | |
| | | | New Orleans, LA 70139 | | | | | |
| | 03/03/10 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 92.73 | | 92.73 |
| | | | | Transfer funds for bond premium payment. | | | | |
| | 03/03/10 | 001008 | International Sureties | Bond Premium Payment | 2300-000 | | 92.73 | 0.00 |
| | | | 701 Poydras Street #420 | Annual premium payment - 2010 | | | | |
| | | | New Orleans, LA 70139 | | | | | |

FORM 2                                                                                    Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                            Exhibit B

| | | |
|---|---|---|
| Case No: | 07-01312  -JHS | |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED | |

| | |
|---|---|
| Taxpayer ID No: | *******0849 |
| For Period Ending: | 03/22/10 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5973  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/04/10 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 254.15 | | 254.15 |
| 03/04/10 | 001009 | International Sureties | Bond Premium Payment (2nd Check) | 2300-000 | | 254.15 | 0.00 |
| | | 701 Poydras Street  #420 | Balance Owing on 2010 annual premium | | | | |
| | | New Orleans, LA 70139 | Bond # 016026455 | | | | |

| Account   *******5973 | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 9 | Checks | 177,204.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | |
| | | | | Total | $ | 177,204.00 |
| 0 | Adjustments In | 0.00 | | | |
| 11 | Transfers In | 177,204.00 | | | |
| | Total | $ | 177,204.00 | | |

| Report Totals | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 5 | Deposits | 582,987.35 | 9 | Checks | 177,204.00 |
| 26 | Interest Postings | 779.91 | 0 | Adjustments Out | 0.00 |
| | | | 11 | Transfers Out | 177,204.00 |
| | Subtotal | $ | 583,767.26 | | |
| | | | | Total | $ | 354,408.00 |
| 0 | Adjustments In | 0.00 | | | |
| 11 | Transfers In | 177,204.00 | | | |
| | Total | $ | 760,971.26 | Net Total Balance | $ | 406,563.26 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 07-01312 | | Page 1 | | | Date: March 22, 2010 |
| Debtor Name: | PELHAM ENTERPRISES, | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000015 050 4210-00 | Bauch & Michaels, LLC 53 W. Jackson Blvd., STE 1115 Chicago, IL 60604 | Secured | claim paid in full per order, claim withdrawn 4/10/08 | $19,453.58 | $19,453.58 | $0.00 |
| 000018 050 4210-00 | Gino"s East Home, LLC 600 W. Jackson Blvd., Suite 200 Chicago, IL 60661 | Secured | withdrawn per settlement agreement 6/11/08 | $0.00 | $0.00 | $0.00 |
| 000019 050 4210-00 | Gino"s East Home, LLC 600 W. Jackson Blvd., Suite 200 Chicago, IL 60661 | Secured | assignee of Rewards Network claim withdrawn per settlement agreement 6/11/08 | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $19,453.58 | $19,453.58 | $0.00 |
| 001 3110-00 | JOSEPH A. BALDI & ASSOCIATES, P.C. 19 South LaSalle Street Suite 1500 Chicago, IL 60603 | Administrative | | $16,645.00 | $6,872.00 | $9,773.00 |
| 001 3410-00 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 | Administrative | | $22,540.00 | $0.00 | $22,540.00 |
| 001 3210-60 | PAUL M BAUCH BAUCH & MICHAELS LLC 53 WEST JACKSON BOULEVARD STE 1115 CHICAGO, IL 60604 | Administrative | | $60,517.50 | $60,517.50 | $0.00 |
| 001 2100-00 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Administrative | | $23,910.00 | $8,910.00 | $15,000.00 |
| 001 3220-00 | Bauch & Michaels 53 W. Jackson Boulevard Suite 1115 Chicago IL 60604 | Administrative | | $1,655.71 | $1,655.71 | $0.00 |
| 001 3120-00 | JOSEPH A BALDI & ASSOCIATES, P.C. 19 South LaSalle Street Suite 1500 Chicago, Il 60603 | Administrative | | $71.37 | $0.00 | $71.37 |
| 001 2200-00 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Administrative | | $15.52 | $0.00 | $15.52 |
| | Subtotal for Class Administrative | | | $125,355.10 | $77,955.21 | $47,399.89 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-01312 | | Page 2 | | | Date: March 22, 2010 |
| Debtor Name: | PELHAM ENTERPRISES, | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000023 053 5300-00 | JOHN A GREEN 4546 N Damen, Apt 212 Chicago, Il 60625 | Priority | | $927.54 | $0.00 | $927.54 |
| 000003B 058 5800-00 | Chicago Dept. of Revenue Attn: Business Bankruptcy Unit 333 South State Street - Suite 540 Chicago, IL. 60604 | Priority | agreed to reduce claim per settlement, approved 8/14/08 | $8,921.90 | $0.00 | $8,921.90 |
| 000004B 058 5800-00 | Chicago Dept. of Revenue Attn: Business Bankruptcy Unit 333 South State Street - Suite 540 Chicago, IL. 60604 | Priority | Agreed to reduce claim per settlement approved 8/14/08 | $10,146.94 | $0.00 | $10,146.94 |
| | Subtotal for Class Priority | | | $19,996.38 | $0.00 | $19,996.38 |
| 000001 070 7100-00 | Peoples Gas Light & Coke Co. 130 E. Randolph Drive Chicago, IL 60601 | Unsecured | Objection granted, claim reduced to $15,842.90 per order dated 3/27/08 | $15,842.90 | $0.00 | $15,842.90 |
| 000002 070 7100-00 | Summit Beverage Service c/o Brenda Lee 820 Birginal Dr. Bensenville, IL 60106 | Unsecured | | $733.00 | $0.00 | $733.00 |
| 000003A 070 7100-00 | Chicago Dept. of Revenue Attn: Business Bankruptcy Unit 333 South State Street - Suite 540 Chicago, IL. 60604 | Unsecured | agreed to reduce claim per settlement approved 8/14/08 | $2,291.59 | $0.00 | $2,291.59 |
| 000004A 070 7100-00 | Chicago Dept. of Revenue Attn: Business Bankruptcy Unit 333 South State Street - Suite 540 Chicago, IL. 60604 | Unsecured | agreed to reduce claim per settlement approved 8/14/08 | $2,217.00 | $0.00 | $2,217.00 |
| 000005 070 7100-00 | Chicago Dept. of Revenue Attn: Business Bankruptcy Unit 333 South State Street - Suite 540 Chicago, IL. 60604 | Unsecured | | $60.00 | $0.00 | $60.00 |
| 000006 070 7100-00 | Restaurant Stainless Service 356 Willowbrook Way Geneva, IL 60134 | Unsecured | filed mechanic's lien, have not collected from anyone else. spoke to Steve Galbraieth (Pres) on 9/2-he agreed to amend claim to unsecured.--rkp 9/2/09 Filed Amended Claim 9/16/09--September 16, 2009 (RKP) | $6,011.01 | $0.00 | $6,011.01 |
| 000007 070 7100-00 | Get Fresh Produce, Inc. c/o Michael Cotteleer 207 N. Washington Wheaton, IL 60187 | Unsecured | Allowed in Ojeda BK case in same amount--if distribution in one case; need to adjust claim/distribuiton amount in other case?--August 30, 2009 (RKP) | $8,753.89 | $0.00 | $8,753.89 |
| 000008 070 7100-00 | Harbor House Publishers, Inc 221 Water Street Boyne City, MI 49712 | Unsecured | | $1,080.00 | $0.00 | $1,080.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-01312 | | Page 3 | | | Date: March 22, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | PELHAM ENTERPRISES, | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class    Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 000009 070 7100-00 | Pitney Bowes Inc 27 Waterview Drive Shelton, CT 06484 | Unsecured | $2,115.95 | $0.00 | $2,115.95 |
| 000010 070 7100-00 | Cathy Olson 1913 Applewood Drive Wauconda, IL 60084 | Unsecured February 01, 2010, 01:38 pm Old address 94 Leonard Wood S #204 Highland Park, IL 60035 | $800.00 | $0.00 | $800.00 |
| 000011 070 7100-00 | Gail Goldberg c/o Stuart Gimbel Kamensky Rubinstein 7250 N. Cicero Ave., STE 200 Lincolnwood, IL 60712 | Unsecured Claim amended 05/22/08 to $720,000 Agreed to reduce claim per settlement approved 8/11/08 | $640,000.00 | $0.00 | $640,000.00 |
| 000012 070 7100-00 | Sysco Food Services Chicago, Inc. c/o Andrew Staes Staes & Scallan, P.C. 111 W. Washington St., STE 1310 Chicago, IL 60602 | Unsecured sold to Gino's, duplicate claim claim withdrawn per settlement 6/11/08 | $0.00 | $0.00 | $0.00 |
| 000013 070 7100-00 | Latimer LeVay Jurasek LLC, c/o Sheryl A. Fyock 55 W. Monroe Street Suite 1100 Chicago, IL 60603-5128 | Unsecured | $8,678.18 | $0.00 | $8,678.18 |
| 000014 070 7100-00 | Consumers Meat Packing Co American Financial Mgmt, Inc 3715 N. Ventura Dr. Arlington Heights, IL 60004 | Unsecured | $6,075.29 | $0.00 | $6,075.29 |
| 000016 070 7100-00 | U.S. Foodservice, Inc./Bensenville c/o David B. Eberhardt, Esq. 9755 Patuxent Woods Drive Columbia, MD 21046 | Unsecured agreed to reduction in claim, filed amended claim 2/22/08 | $40,930.55 | $0.00 | $40,930.55 |
| 000017 070 7100-00 | DeNormandie Towel Linen Supply c/o Morton Cohon 6210 Lincoln Ave. Morton Grove, IL 60053 | Unsecured agreed to reduction in claim, agreed order entered 5/20/08 | $27,003.05 | $0.00 | $27,003.05 |
| 000020 080 7200-00 | Where Chicago Magazine Morris Visitor Publications PO Box 936 Augusta, GA 30903 | Unsecured | $25,020.00 | $0.00 | $25,020.00 |
| 000021 080 7200-00 | CIT TECHNOLOGY SERVICES , Inc. Bankruptcy Processing Solutions, Inc 800 E Sonterra Blvd, Suite 240 San Antonio, TX  78258 | Unsecured | $12,691.60 | $0.00 | $12,691.60 |
| 000022 080 7200-00 | CHICAGO BEVERAGE % Cosmopolitan Service Corp 1606 Colonial Pkwy | Unsecured claim filed late, no amount listed. | $0.00 | $0.00 | $0.00 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-01312 | | Page 4 | | | Date: March 22, 2010 |
| Debtor Name: | PELHAM ENTERPRISES, | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Inverness, Il  60067 | | | | | |
| | Subtotal for Class Unsecured | | | $800,304.01 | $0.00 | $800,304.01 |
| | Case Totals: | | | $965,109.07 | $97,408.79 | $867,700.28 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-01312
Case Name: PELHAM ENTERPRISES, INCORPORATED
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Joseph A. Baldi, Trustee* | $_____ | $_____ |
| *Attorney for trustee: JOSEPH A BALDI & ASSOCIATES, P.C.* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant: Popowcer Katten, Ltd* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other: JOSEPH A. BALDI & ASSOCIATES, P.C.* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003B* | *Chicago Dept. of Revenue* | $ | $ |
| *000004B* | *Chicago Dept. of Revenue* | $ | $ |
| *000023* | *JOHN A GREEN* | $ | $ |
| *AUTO* | *Internal Revenue Service* | $ | $ |
| *AUTO* | *Internal Revenue Service* | $ | $ |
| *AUTO* | *Internal Revenue Service* | $ | $ |
| *AUTO* | *Internal Revenue Service* | $ | $ |
| *AUTO* | *Internal Revenue Service* | $ | $ |
| *AUTO* | *Internal Revenue Service* | $ | $ |
| *AUTO* | *ILLINOIS DEPT. OF REVENUE* | $ | $ |
| *AUTO* | *Internal Revenue Service* | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Peoples Gas Light & Coke Co. | $ | $ |
| 000002 | Summit Beverage Service | $ | $ |
| 000003A | Chicago Dept. of Revenue | $ | $ |
| 000004A | Chicago Dept. of Revenue | $ | $ |
| 000005 | Chicago Dept. of Revenue | $ | $ |
| 000006 | Restaurant Stainless Service | $ | $ |
| 000007 | Get Fresh Produce, Inc. | $ | $ |
| 000008 | Harbor House Publishers, Inc | $ | $ |
| 000009 | Pitney Bowes Inc | $ | $ |
| 000010 | Cathy Olson | $ | $ |
| 000011 | Gail Goldberg | $ | $ |
| 000012 | Sysco Food Services Chicago, Inc. | $ | $ |
| 000013 | Latimer LeVay Jurasek LLC, | $ | $ |
| 000014 | Consumers Meat Packing Co | $ | $ |
| 000016 | U.S. Foodservice, Inc./Bensenville | $ | $ |
| 000017 | DeNormandie Towel Linen Supply | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000020* | *Where Chicago Magazine* | $ | $ |
| *000021* | *CIT TECHNOLOGY SERVICES , Inc.* | $ | $ |
| *000022* | *CHICAGO BEVERAGE* | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $      .