Hearing Date: June 7, 2010
Hearing Time: 10:00 a.m.
Location: 219 S. Dearborn St., Courtroom 680
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| PELHAM ENTERPRISES, INCORPORATED | § | Case No. 07-01312 |
| | § | |
| | § | Hon. John H. Squires |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m.
on Monday, June 7, 2010
in Courtroom 680, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Kenneth Gardner_____
                                      Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee, 19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Chapter 7 |
|---|---|---|
| | § | |
| PELHAM ENTERPRISES, INC. INCORPORATED | § § | Case No. 07-01312 |
| | § | |
| | § | Hon. John H. Squires |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 583,767.26 |
| *and approved disbursements of* | $ | 177,204.00 |
| *leaving a balance on hand of*[1] | $ | 406,563.26 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 15,000.00 | $ 15.52 |
| Attorney for trustee: JOSEPH A BALDI & ASSOCIATES, P.C. | $ 0.00 | $ 71.37 |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Popowcer Katten, Ltd | $ 22,540.00 | $ 0.00 |
| Special Attorney for trustee: | $_____ | $_____ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|   Reason/Applicant   | Fees | Expenses |
|---|---|---|
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: JOSEPH A. BALDI & ASSOCIATES, P.C. | $ 9,773.00 | $ 0.00 |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|   Reason/Applicant   | Fees | Expenses |
|---|---|---|
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 20,154.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003B | Chicago Dept. of Revenue | $ 8,921.90 | $ 8,921.90 |
| 000004B | Chicago Dept. of Revenue | $ 10,146.94 | $ 10,146.94 |
| 000023 | JOHN A GREEN | $ 927.54 | $ 569.04 |
| AUTO | Internal Revenue Service | $ 57.51 | $ 57.51 |
| AUTO | Internal Revenue Service | $ 57.51 | $ 57.51 |
| AUTO | Internal Revenue Service | $ 259.71 | $ 259.71 |
| AUTO | Internal Revenue Service | $ 7.42 | $ 7.42 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| AUTO | Internal Revenue Service | $ 13.45 | $ 13.45 |
| AUTO | Internal Revenue Service | $ 13.45 | $ 13.45 |
| AUTO | ILLINOIS DEPT. OF REVENUE | $ 27.83 | $ 27.83 |
| AUTO | Internal Revenue Service | $ 79.77 | $ 79.77 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 762,592.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Peoples Gas Light & Coke Co. | $ 15,842.90 | $ 7,042.93 |
| 000002 | Summit Beverage Service | $ 733.00 | $ 325.85 |
| 000003A | Chicago Dept. of Revenue | $ 2,291.59 | $ 1,018.72 |
| 000004A | Chicago Dept. of Revenue | $ 2,217.00 | $ 985.56 |
| 000005 | Chicago Dept. of Revenue | $ 60.00 | $ 26.67 |
| 000006 | Restaurant Stainless Service | $ 6,011.01 | $ 2,672.18 |
| 000007 | Get Fresh Produce, Inc. | $ 8,753.89 | $ 3,891.53 |
| 000008 | Harbor House Publishers, Inc | $ 1,080.00 | $ 480.11 |
| 000009 | Pitney Bowes Inc | $ 2,115.95 | $ 940.64 |
| 000010 | Cathy Olson | $ 800.00 | $ 355.64 |
| 000011 | Gail Goldberg | $ 640,000.00 | $ 284,510.64 |
| 000012 | Sysco Food Services Chicago, Inc. | $ 0.00 | $ 0.00 |
| 000013 | Latimer LeVay Jurasek LLC, | $ 8,678.18 | $ 3,857.87 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000014 | Consumers Meat Packing Co | $ 6,075.29 | $ 2,700.76 |
| 000016 | U.S. Foodservice, Inc./Bensenville | $ 40,930.55 | $ 18,195.59 |
| 000017 | DeNormandie Towel Linen Supply | $ 27,003.05 | $ 12,004.15 |

Tardily filed claims of general (unsecured) creditors totaling $ 37,711.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000020 | Where Chicago Magazine | $ 25,020.00 | $ 0.00 |
| 000021 | CIT TECHNOLOGY SERVICES , Inc. | $ 12,691.60 | $ 0.00 |
| 000022 | CHICAGO BEVERAGE | $ 0.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

                              Prepared By: /s/_____
                                                       Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dwilliams              Page 1 of 3                  Date Rcvd: May 10, 2010
Case: 07-01312                 Form ID: pdf006              Total Noticed: 123


The following entities were noticed by first class mail on May 12, 2010.
db           +Pelham Enterprises, Incorporated,    11 S. LaSalle St., STE 1600,    Chicago, IL 60603-1215
aty          +Bauch & Michaels,    Bauch & Michaels,    53 W Jackson Blvd Ste 1115,    Chicago, IL 60604-3566
aty          +Carolina Y Sales,    Bauch & Michaels, LLC,    53 W Jackson Blvd,    Suite 1115,
               Chicago, IL 60604-3566
aty          +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Kenneth A. Michaels, Jr,    Bauch & Michaels, LLC,    53 West Jackson Blvd.,    Suite 1115,
               Chicago, IL 60604-3566
aty          +Paul M Bauch,    Bauch & Michaels LLC,    53 West Jackson Boulevard Ste 1115,
               Chicago, IL 60604-3566
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
11143150     +A. Barr Sales Co.,    4424 Prescott Avenue,    Lyons, IL 60534-1932
11143151     +Able Printing Service, I3041,    6837 Stanley Ave.,    Berwyn, IL 60402-3041
11143152     +Allied Waste Service,    18500 North Allied Way,    Phoenix, AZ 85054-6164
11143153      American Bus. Assoc.,    Hillsboro Executive Ctr North,    350 Fairway Dr., STE 200,
               Deerfield Beach, FL 33441-1834
11143154     +Atlas Martin Fire Extinguisher Co.,    3851 Clearview Ct.,    Gurnee, IL 60031-1247
11143157      BG Electronics,    1610 Interstate North,    Building 211,    Carrollton, TX 75006
11143158      BMA, LLC,    246 Wolcott Rd.,    Wolcott, CT 06716-2641
11143159     +BTI Communications Group Ltd.,    15700 W. 103rd St. #110,    Lemont, IL 60439-9610
11143155     +Bauch & Michaels, LLC,    53 W. Jackson Blvd., STE 1115,    Chicago, IL 60604-3566
11143156     +Better Sign Service,    1527 Burgundy Pkwy,    Streamwood, IL 60107-1811
11143183     +Beverly Ojeda,    1435 W. Flournoy St.,    Chicago, IL 60607-3205
11143162     +CDW Direct, LLC,    4839 W. 44th,    Chicago, IL 60638-1969
11895594     +CIT Technology Financing Services, Inc,    Bankruptcy Processing Solutions, Inc,
               800 E Sonterra Blvd Suite 240,    San Antonio, TX 78258-3941
11143172     +CTM Brochure Display,    740 Church Road,    Elmhurst, IL 60126-1402
11143160     +Campagna-Turano Bakery, Inc.,    c/o Jim McKinley,    Office of William French,
               908 Town & Country Blvd., STE 230,    Houston, TX 77024-2208
11143161     +Cathy Olson,    94 Leonard Wood S #204,    Highland Park, IL 60035-5968
11143163     +Chicago Beverage,    c/o Cosmopolitan Service Corp.,    1606 Colonial Pkwy.,
               Inverness, IL 60067-4738
11143164     +Chicago Dept. of Public Health,    2418 W Division St.,    Chicago, IL 60622-2940
11201397     +Chicago Dept. of Revenue,    Attn: Business Bankruptcy Unit,    333 South State Street - Suite 540,
               Chicago, IL 60604-3992
11143165      Chicago Filter Co.,    1830 State Street,    DeKalb, IL 60115-2667
11143176     +Chicago Style Weddings,    c/o Andrea Bruscato,    1008 Bonaventure Dr.,
               Elk Grove Village, IL 60007-3277
11143166     +Chicago Trolley Co.,    Coach USA-Chicago,    4400 S. Racine,    Chicago, IL 60609-3313
11143167     +Cingular Wireless-AT&T,    1 ATT Way #412,    Bedminster, NJ 07921-2693
11143168     +City of Chicago,    121 N. LaSalle St., Room 107,    Chicago, IL 60602-1232
11143169     +Comcast Cable,    1500 Market St.,    Philadelphia, PA 19102-2100
11143170     +Concierge Preferred,    c/o Abrams & Abrams, P.C.,    75 E. Wacker Dr., STE 320,
               Chicago, IL 60601-3740
11143171     +Consumers Meat Packing Co,    American Financial Mgmt, Inc,    3715 N. Ventura Dr.,
               Arlington Heights, IL 60004-7696
11143179     +DPI Supply, Inc.,    32067 Old Hwy 34,    Tangent, OR 97389-9795
11143173     +Data Wave, Inc.,    620 Beach Ave.,    Atlantic Beach, FL 32233-5326
11143174     +Datacom Network Consulting Inc.,    1263 Main St., Ste. 227,    Green Bay, WI 54302-1341
11143175     +Dataworks,    164 Division St.,    Elgin, IL 60120-5587
11143177     +DeNormandie Towel Linen Supply,    c/o Morton Cohon,    6210 Lincoln Ave.,
               Morton Grove, IL 60053-2851
11143178     +Discover Financial,    c/o American Recovery Service,    555 St. Charles Dr. #100,
               Thousand Oaks, CA 91360-3983
11143180     +Ecolab,    370 N. Wabasha St.,    St. Paul, MN 55102-1390
11143182      Educational Tours, Inc.,    c/o Doug Fox,    P.O. Box 828,    Northbrook, IL 60065-0828
11143184     +Ernest J. Ojeda,    1435 W. Flournoy St.,    Chicago, IL 60607-3205
11143185     +Ferrara Pastries,    2210 W. Taylor St.,    Chicago, IL 60612-4234
11143186      Flavor Shakes, Ltd.,    1312 Marquette Dr. STE F,    Romeoville, IL , 60446-1180
11143187     +Gail Goldberg,    c/o Lee Levin,    Kamensky Rubinstein,    7250 N. Cicero Ave., STE 200,
               Lincolnwood, IL 60712-1693
11143188     +Get Fresh Produce, Inc.,    c/o Michael Cotteleer,    207 N. Washington,    Wheaton, IL 60187-5314
11406541     +Gino’s East Home, LLC,    600 W. Jackson Blvd., Suite 200,    Chicago, IL 60661-6825
11143189     +Gino’s East Home, LLC,    Daniel S. Kaplan,    181 Waukegan Rd., STE 205,
               Northfield, IL 60093-2700
11143192     +Global Equipment Co.,    11 Harbor Park Dr.,    Port Washington, NY 11050-4646
11143191     +Gravity Graphics Inc.,    27W230 Beecher,    Winfield, IL 60190-1220
11143193     +Greater North Michigan Ave. Assoc.,    625 N. Michigan Ave., STE 40,    Chicago, IL 60611-3110
11250731     +Harbor House Publishers, Inc,    221 Water Street,    Boyne City, MI 49712-1244
11143194     +Heartland Travel,    c/o Connie Vogt,    123 S. Main St.,    Waterloo, IL 62298-1323
11143195     +Hollub,    1041 W. Jackson Blvd.,    Chicago, IL 60607-2913
11143196      Imprint Plus,    21320 Gordon Way #260,    Richmond, BC CANADA V6W-1J8
11143197     +Indiana Insurance Company,    6281 Tri-Ridge Blvd.,    Loveland, OH 45140-8345
11143199     +JDS Group, Inc.,    616 W. 5th Ave., STE B,    Naperville, IL 60563-2929
11823420     +Janee Butler,    c/o IL Dept of Labor,    160 N LaSalle St Ste C-1300,    Chicago, IL 60601-3114
11143198     +Janice Welsh,    1310 Carondelet Dr., STE 330,    Kansas City, MO 64114-4825
11823418     +Joanne Greene,    d/b/a On the Ledge,    c/o Dombrowski & Sorensen,    670 N Clark St,
               Chicago, IL 60654-6259
11143201      Joey Buona’s Pizzeria Grille-Chicag,    c/o Samuel G. Harrod IV,    Meltzer, Purtille & Stelle LLC,
               1515 E. Woodfield Rd., 2nd Floor,    Schaumburg, IL 60173-5431
```

```
District/off: 0752-1          User: dwilliams              Page 2 of 3                   Date Rcvd: May 10, 2010
Case: 07-01312                Form ID: pdf006              Total Noticed: 123

11823421     +John A Green,    3641 N Seeley,    Chicago, IL 60618-4925
12273736     +John A Green,    4546 N Damen Apt 212,    Chicago,IL 60625-1647
11143202      John A. Green,    c/o IL Dept. of Labor,    160 N. LaSalle St., STE C-1300,
               Chicago, IL 60601-3150
11143200     +Judge & Dolph,    680 N. Lake Shore Dr., 19th Fl.,    Chicago, IL 60611-4548
11143203     +K7 Associates, Ltd.,    159 Fairfield,    Elmhurst, IL 60126-3231
11143204      Kokos Coffee & Products, Inc.,    c/o Demetrios N. Dalmares,    16061 S. 94th Ave.,
               Orland Hills, IL 60487-4623
11143205     +Latimer LeVay Jurasek, LLC,    55 W. Monroe St., STE 1100,    Chicago, IL 60603-5128
11143206     +M&M Service Plumbing,    3010 Division St.,    Melrose Park, IL 60160-1844
11143207      Maestranzi's Sharp Knife Service,    4715 North Ronald Street,    Chicago, IL 60706-3815
11143208     +Mahoney Environmental,    1819 Moen Ave.,    Joliet, IL 60436-9323
11143209      Marjon Transportation Inc.,    10929 Franklin Ave., Unit P,    Franklin Park, IL 60131-1430
11143210     +Marks Pest Control Company,    1059 West Grand Ave.,    Chicago, IL 60642
11143211      Mobile Lock & Safe,    P.O. Box 803707,    Chicago, IL 60680-3707
11143212     +Nacolah,    525 W. Van Buren St.,    Chicago, IL 60607-3838
11143213     +Nora Roman,    c/o Lonny Ben Ogus,    39 S. LaSalle St., STE 1400,    Chicago, IL 60603-1707
11143214      Omega Services One Inc.,    Dean P. Martens,    23 W 745 Pine,    Roselle, IL 60172
11143215     +Original Ferrara Inc.,    2210 W. Taylor St.,    Chicago, IL 60612-4234
11143218     +PBC Enterprise,    6807 Hobson Valley Dr.,    Woodridge, IL 60517-1407
11143216      Party Central,    3702 Chesterton St. SW,    Roanoke, VA 24018-1804
11143217     +Party Linens,    7780 S. Dante Ave.,    Chicago, IL 60619-3424
11143219     +Peoples Energy,    130 E. Randolph Dr.,    Chicago, IL 60601-6302
11175776      Peoples Gas Light & Coke Co.,    130 E. Randolph Drive,    Chicago, IL 60601-6207
11143220     +Pepsi Americas,    c/o Anna Vlcek,    1475 E. Woodfield Rd., STE 1300,    Schaumburg, IL 60173-5486
11143221     +Pepsi National (B.I.B.),    100 Summit Lake Dr.,    Valhalla, NY 10595-1339
11169108     +Pepsi-Cola,    c/o CCc of NY,    PO Box 288,    Tonawanda, NY 14151-0288
11143225     +Praxair Distribution Inc.,    12000 Roosevelt Rd.,    Hillside, IL 60162-2004
11143226     +Quality Maintenance,    219 W. River Rd.,    Muskegon, MI 49445-1003
11143229     +RH Donnelly,    c/o McCarthy, Burgess & Wolff,    26000 Canon Rd.,    Cleveland, OH 44146-1807
11143231     +RM Services,    c/o Jennifer Stephens,    625 Estes Ave.,    Schaumburg, IL 60193-4402
11143227     +Restaurant Evaluators, Inc.,    640 Drummond Pl.,    Chicago, IL 60614-1602
11143228     +Restaurant Stainless Service,    356 Willowbrook Way,    Geneva, IL 60134-4680
11143190     +Rewards Network,    c/o Todd A. Rowden,    1834 Walden Office Sq., STE 50,
               Schaumburg, IL 60173-4292
11143230     +River North Sales-Service,    1300 N. North Branch St.,    Chicago, IL 60642-2731
11143233      SBC,    6889 W. Snowville Rd.,    Chicago, IL 60607
11143232     +Savin Corporation,    c/o David Flynn,    21146 Network Pl.,    Chicago, IL 60673-0001
11143234     +Scala Packing Company,    701-707 N. Orleans St.,    Chicago, IL 60654-5017
11143235     +Seco Refrigeration Inc.,    3134 W. Chicago Ave.,    Chicago, IL 60622-4320
11143236     +Sharon Culdzyk,    162 N. Creek Dr.,    Cheektowaga, NY 14225-4428
11143237     +Show It-Essabbat,    851 W. Grand Ave.,    Chicago, IL 60642-6564
11143238     +Southern Wine & Spirits of Illinois,    c/o The Abeja Group,    4500 E. Speedway Blvd., STE 80,
               Tucson, AZ 85712-5318
11143239     +Steuver & Sons, Inc.,    22w010 Byron,    Addison, IL 60101-1004
11143240     +Summit Beverage Service,    c/o Brenda Lee,    820 Birginal Dr.,    Bensenville, IL 60106-1249
11143241      Superior Street, L.L.C.,    c/o Samuel G. Harrod,    Meltzer, Purtill & Stelle LLC,
               1515 E. Woodfield Rd., 2nd Floor,    Schaumburg, IL 60173-5431
11143242     +Sysco Food Services Chicago, Inc.,    c/o Andrew Staes,    Staes & Scallan, P.C.,
               111 W. Washington St., STE 1310,    Chicago, IL 60602-3467
11143243      The Buona Companies, L.L.C.,    c/o Samuel G. Harrod IV,    Meltzer Purtill & Stelle LLC,
               1515 E. Woodfield Rd., 2nd Floor,    Schaumburg, IL 60173-5431
11143244     +Thyssenkrupp Elevator,    2591 Dallas Pkwy., STE 600,    Frisco, TX 75034-8564
11143245     +Torvac,    5905 Golden Valley Rd., STE 222,    Golden Valley, MN 55422-4475
11143246     +Transfirst, LLC,    c/o Tara L. Acton,    Berenbaum Weinshienk & Eason,    370 17th St., STE 4800,
               Denver, CO 80202-5648
11143247     +Tropics Frozen Beverages,    747 Church Rd. G-10,    Elmhurst, IL 60126-1435
11143248     +Tyco SimplexGrinnell,    1 Town Center Rd.,    Boca Raton, FL 33486-1002
11143249     +U.S. Foodservice, Inc.,    c/o Toni Miller,    Baker Miller Markoff & Krasny,
               29 N. Wacker Dr., 5th Floor,    Chicago, IL 60606-2851
11359946     +U.S. Foodservice, Inc./Bensenville,    c/o Dennis E. Quaid/Thompson Coburn,
               55 East Monroe Street, 40th Floor,    Chicago, Illinois 60603-5713
11143250     +Union Beverage Company,    National Wine & Spirits, Inc.,    P.O. Box 1602,
               Indianapolis, IN 46206-1602
11143252     +Weaver Official Publications,    820 N. Orleans St. Lower,    Chicago, IL 60610-3132
11143253     +Wedding Pages of Chicago,    1008 Bonaventure Dr.,    Elk Grove, IL 60007-3277
11143254     +Weiss & Company LLP,    2700 Patriot Blvd. #400,    Glenview, IL 60026-8067
11143255     +Where Chicago Magazine,    Morris Visitor Publications,    PO Box 936,    Augusta, GA 30903-0936

The following entities were noticed by electronic transmission on May 10, 2010.
11143223      E-mail/Text: bankruptcy@pb.com                           Pitney Bowes Global,    P.O. Box 856460,
               Louisville, KY 40285-6460
11252646     +E-mail/Text: bankruptcy@pb.com                           Pitney Bowes Inc,    27 Waterview Drive,
               Shelton, CT 06484-4361
11143251     +E-mail/PDF: bankruptcyverizoncom@afni.com May 11 2010 00:17:11      Verizon,    140 West St.,
               New York, NY 10007-2123
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11143181      EDC Payment Processing Center
11310391      Latimer LeVay Jurasek LLC, c/o Sheryl A. Fyock, 55
11143222      Pepsi Syrup
```

```
District/off: 0752-1          User: dwilliams           Page 3 of 3                  Date Rcvd: May 10, 2010
Case: 07-01312                Form ID: pdf006           Total Noticed: 123

11246190*      Get Fresh Produce Inc,   c/o Michael Cotteleer,   207 N Washington,    Wheaton, IL  60187-5314
11143224*      Pitney Bowes Global,   P.O. Box 856460,   Louisville, KY  40285-6460
                                                                                              TOTALS: 3, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2010**          **Signature:**       _Joseph Speetjens_