IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 01312 |
| | ) | |
| PELHAM ENTERPRISES, INC., | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Honorable John H. Squires |
| | ) | |

## OBJECTION TO FINAL REPORT

Bauch & Michaels, LLC ("Bauch & Michaels"), hereby objects to the final report filed by Joseph A. Baldi, Trustee for the estate of Pelham Enterprises Inc. ("Pelham" or "Debtor").

1. On January 31, 2007, the Trustee was duly appointed trustee for Debtor's estate and continues to serve in that capacity.

2. On March 22, 2007, upon the Trustee's application, this Court authorized the employment of Bauch & Michaels as special counsel to the Trustee as of the petition date to provide services relating to the prosecution, defense and settlement of claims and other matters relating to the administration of the case.

3. On March 4, 2008, Bauch & Michaels filed its First Interim Fee Application for fees and costs during the period of January 25, 2007 to January 31, 2008. On March 27, 2008, this Court approved the First Interim Fee Application.

4. On May 5, 2010, the Trustee filed the final report, which provided that written objections were due 20 days from the mailing of the notice of final report.

5. Bauch & Michaels prepared its Final Fee Application for the period of February 1, 2008 through September 4, 2009 and delivered a draft of the Final Fee Application to the Trustee, who is still completing its review.

6. Upon receipt of the Trustee's approval, Bauch & Michaels intends to file and present its Final Fee Application. Thus, Bauch & Michaels, LLC objects to the final report insofar as it does not provide for payment of Bauch & Michaels' Final Fee Application.

WHEREFORE, Bauch & Michaels requests that this Court postpone the approval of the final report or amend the final report to allow for Bauch & Michaels' Final Fee Application to be paid after its presentation and allowance.

Dated: May 25, 2010                                      BAUCH & MICHAELS, LLC


                                                         By: /s/ Paul M. Bauch



Paul M. Bauch (ARDC # 6196619)
Kenneth A. Michaels Jr. (ARDC #6185885)
Carolina Y. Sales (ARDC #6287277)
Luke J. Hinkle (ARDC #6294323)
BAUCH & MICHAELS, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois  60604
(312) 588-5000  Tel.
(312) 427-5709  Fax