UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Pelham Enterprises, Inc. | ) | Case No. 07 B 01312 |
| | ) | Hon. John H. Squires |
| Debtor. | ) | Hearing Date: June 7, 2010 |
| | ) | Hearing Time: 10:00 a.m. |

**Amended Order Allowing Final Compensation and Reimbursement of Expenses
to Joseph A. Baldi, as Trustee**

This matter coming before the Court for hearing on the Second and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi, as Chapter 7 Trustee ("Application"), due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED that:**

1. Trustee is allowed final compensation in the amount of $15,000.00 as actual and necessary professional services rendered as Trustee on behalf of this Estate from February 1, 2008 through the close of this case;

2. Trustee is allowed reimbursement of expenses in the amount of $15.52 for actual necessary expenses incurred in connection with his service;

3. Trustee is authorized to pay to the amounts allowed in paragraphs one and two as part of the Trustee's final distribution in this case; and

4. The compensation previously awarded and paid to Trustee on an interim basis is hereby allowed as final compensation.

Dated:  **9 JUN 2010**

ENTER:

Honorable John H. Squires
United States Bankruptcy Judge

Joseph A. Baldi
Attorney I.D. No. 00100145
19 South LaSalle St., Suite 1500
Chicago, Illinois  60603