# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PELHAM ENTERPRISES, INCORPORATED | § | Case No. 07-01312 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                    Claims Discharged
                                                                       Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $               (see **Exhibit 2**), yielded net receipts of $                  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi, Trustee _____

                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
| --- | --- | --- | --- |
| THE BUONA COMPANIES, LLC |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
|  | Ginos East Home LLC |  |  |  |  |  |
|  | Rewards Network |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sysco Food Services | | | | | |
| 000015 | BAUCH & MICHAELS, LLC | | | | | |
| 000018 | GINO"S EAST HOME, LLC | | | | | |
| 000019 | GINO"S EAST HOME, LLC | | | | | |
| | BAUCH & MICHAELS, LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| BAUCH | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PAUL M BAUCH | | | | | |
| BAUCH | | | | | |
| BAUCH | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Janice Butler | | | | | |
| | Nora Roman | | | | | |
| AUTO | ILLINOIS DEPT. OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| 000023 | JOHN A GREEN | | | | | |
| 000003B | CHICAGO DEPT. OF REVENUE | | | | | |
| 000004B | CHICAGO DEPT. OF REVENUE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A. Barr Sales | | | | | |
| | Able Printing Services | | | | | |
| | Allied Waste Services | | | | | |
| | American Bus. Assoc. | | | | | |
| | Atlas Martin Fire Ext. | | | | | |
| | BG Electronics | | | | | |
| | BMA LLC | | | | | |
| | BTI Comm. Group | | | | | |
| | Bauch & Michaels | | | | | |
| | Better Sign Service | | | | | |
| | Beverly & Ernie Ojeda | | | | | |
| | CDW Direct | | | | | |
| | CTM Brochure Display | | | | | |
| | Campagna-Turano Bakery | | | | | |
| | Chciago Filter Co. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Style Weddings | | | | | |
| | Chicago Trolley | | | | | |
| | Cingular Wireless | | | | | |
| | City of Chicago | | | | | |
| | Comcast | | | | | |
| | Concierge Preferred | | | | | |
| | DPI Supply | | | | | |
| | Data.com Network Cons. | | | | | |
| | Datawave | | | | | |
| | Dataworks | | | | | |
| | Discover Financial | | | | | |
| | EDC Payment Process | | | | | |
| | Ecolab | | | | | |
| | Educational Tours | | | | | |
| | Ferrara Pastries | | | | | |
| | Flavor Shakes | | | | | |
| | Global Equip | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gravity Graphics | | | | | |
| | Greater N. Michigan Ave. | | | | | |
| | Heartland Travel | | | | | |
| | Hollub | | | | | |
| | Imprint Plus | | | | | |
| | Indiana Insurance Co. | | | | | |
| | JDS Group | | | | | |
| | Janice Walsh | | | | | |
| | Joanne Greene | | | | | |
| | Joey Buona's Pizzeria | | | | | |
| | Judge & Dolph | | | | | |
| | KT Assoc. | | | | | |
| | Koko's Coffee | | | | | |
| | M&M Serv. Plumbing | | | | | |
| | Maestranzi's Sharp Knife | | | | | |
| | Mahoney Env. | | | | | |
| | Marjon Transport | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marks Pest Control | | | | | |
| | Mobile Lock & Safe | | | | | |
| | Nacolah | | | | | |
| | Omega Service One | | | | | |
| | Original Ferrara | | | | | |
| | PBC Enterprises | | | | | |
| | Party Central | | | | | |
| | Party Linens | | | | | |
| | Pepsi Americas | | | | | |
| | Pepsi-Cola | | | | | |
| | Praxair Dist. | | | | | |
| | Quality Maint. | | | | | |
| | RH Donnelly | | | | | |
| | RM Services | | | | | |
| | Restaurant Evaluators | | | | | |
| | River North Sales | | | | | |
| | SBC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Savin Corp. | | | | | |
| | Scala Packing Co. | | | | | |
| | Seco Refrig | | | | | |
| | Sharon Culdzyk | | | | | |
| | Show I Essabbat | | | | | |
| | So. Wine & Spirits of IL | | | | | |
| | Steuver & Sons | | | | | |
| | Superior Street | | | | | |
| | The Buona Companies | | | | | |
| | Thyssen Krupp Elevator | | | | | |
| | Torvac | | | | | |
| | Transfirst | | | | | |
| | Tropics Frozen Bev. | | | | | |
| | Tyco Simplex Grinnell | | | | | |
| | Union Beverage | | | | | |
| | Verizon | | | | | |
| | Weaver Official Public | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wedding Pages of Chicago | | | | | |
| | Weiss & Company | | | | | |
| 000010 | CATHY OLSON | | | | | |
| 000003A | CHICAGO DEPT. OF REVENUE | | | | | |
| 000004A | CHICAGO DEPT. OF REVENUE | | | | | |
| 000005 | CHICAGO DEPT. OF REVENUE | | | | | |
| 000014 | CONSUMERS MEAT PACKING CO | | | | | |
| 000017 | DENORMANDIE TOWEL LINEN SUPPLY | | | | | |
| 000011 | GAIL GOLDBERG | | | | | |
| 000007 | GET FRESH PRODUCE, INC. | | | | | |
| 000008 | HARBOR HOUSE PUBLISHERS, INC | | | | | |
| 000013 | LATIMER LEVAY JURASEK LLC, C/O SHER | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | PEOPLES GAS LIGHT & COKE CO. | | | | | |
| 000009 | PITNEY BOWES INC | | | | | |
| 000006 | RESTAURANT STAINLESS SERVICE | | | | | |
| 000002 | SUMMIT BEVERAGE SERVICE | | | | | |
| 000012 | SYSCO FOOD SERVICES CHICAGO, INC. | | | | | |
| 000016 | U.S. FOODSERVICE, INC./BENSENVILLE | | | | | |
| 000022 | CHICAGO BEVERAGE | | | | | |
| 000021 | CIT TECHNOLOGY SERVICES, INC. | | | | | |
| 000020 | WHERE CHICAGO MAGAZINE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | |
|---|---|
| Case No: | 07-01312   JHS   Judge: John H. Squires |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED |
| For Period Ending: | 02/02/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 01/25/07 (f) |
| 341(a) Meeting Date: | 02/27/07 |
| Claims Bar Date: | 06/06/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PACIFIC LIFE INSURANCE POLICY # VP 60939730 LIFE I insurance on life of principal shareholder, Ernest Ojeda - balance consumed by charges against cash value and investment losses. | 10,505.42 | 0.00 | | 0.00 | FA |
| 2. CLAIM AGAINST BG EAST, LLC AND GINO'S EAST HOME, L Removed pending suit to bankruptcy court, settled per court order for payment of up to $520,000, depending on claims reductions by defendants. | 1.00 | 0.00 | | 0.00 | FA |
| 3. CLAIM AGAINST JOEY BUONA'S PIZZERIA-GRILLE -- CHIC see above note, claims brought in one suit and now settled | 1.00 | 0.00 | | 502,503.24 | FA |
| 4. FRANCHISE AGREEMENT WITH JOEY BUONA'S PIZZERIA GRI claim for breach of franchise agreement settled as part of lawsuit settlement | 1.00 | 0.00 | | 0.00 | FA |
| 5. RESTAURANT FURNITURE, FIXTURES, EQUIPMENT AND SUPP ownership of restaurant fixtures transferred as part of settlement of lawsuit | 321,541.00 | 0.00 | | 0.00 | FA |
| 6. RESTAURANT INVENTORY LOCATED AT 160-164 EAST SUPER inventory value claims settled as part of settlement of lawuit | 38,000.00 | 0.00 | | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 857.10 | Unknown |
| 8. Tax Refunds (u) | 0.00 | 5,751.00 | | 80,484.11 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $370,049.42 | $5,751.00 | | $583,844.45 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Ver: 16.01c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-01312    JHS    Judge: John H. Squires | |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 01/25/07 (f) |
| 341(a) Meeting Date: | 02/27/07 |
| Claims Bar Date: | 06/06/07 |

Debtor operated Joey Buona's restaurant under purported franchise agreement with Buona Companies.  Restaurant failed,
debtor brought suit to recover property, claimed breach of franchise disclosure law.  Suit removed to bankruptcy court,
entered into global settlement with defendants to resolve all claims and transfer personal property in dispute in
exchange for payments which could reach $520,000 depending on defendant's success in reducing claims against the estate,
 minimum payment will be $400,000.  Reviewed tax issues; Trustee employed accountants; analyzed tax deferred exchanges,
as necessary, to prepare Estate tax returns;  tax returns prepared and filed; all claims have been reviewed and
analyzed; Trustee requested abatement of penalty assessed;  IRS did not approve the Trustee's requested abatement of
penalty assessed;; TFR filed; final hearing held; final distribuiton made; Trustee is preparing TDR

Initial Projected Date of Final Report (TFR): 06/01/09          Current Projected Date of Final Report (TFR): 09/30/10

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-01312 -JHS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5863  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0849 | | |
| For Period Ending: | 02/02/11 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 01/31/08 | 3 | The Buona Companies, LLC | payment of settlement proceeds | 1149-000 | 173,333.35 | | 173,333.35 |
| | 01/31/08 | 7 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 5.68 | | 173,339.03 |
| | 02/29/08 | 7 | Bank of America, N.A. | Interest Rate  0.300 | 1270-000 | 44.05 | | 173,383.08 |
| | 03/06/08 | 3 | The Buona Companies, LLC | Installment No. 2 - Settlement | 1149-000 | 173,333.35 | | 346,716.43 |
| | | | | Wire transfer rec'd and posted by bank on 2/28/08. | | | | |
| | 03/25/08 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 6,872.00 | 339,844.43 |
| | | | | Transfer funds to pay interim attys compensation. ecb March 25, 2008, 02:46 pm | | | | |
| | 03/25/08 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 8,910.00 | 330,934.43 |
| | | | | Transfer funds to pay interim trustee compensation. ecb  March 25, 2008, 02:45 pm March 25, 2008, 02:45 pm | | | | |
| | 03/31/08 | 7 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 81.30 | | 331,015.73 |
| | 04/03/08 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 1,655.71 | 329,360.02 |
| | | | | Transfer funds to pay allowed expense reimbursement | | | | |
| | 04/03/08 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 60,517.50 | 268,842.52 |
| | | | | Transfer funds to pay allowed interim comp to special counsel . ecb April 03, 2008, 10:50 am | | | | |
| | 04/10/08 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 19,453.58 | 249,388.94 |
| | | | | Retransfer funds in corrected amount to pay allowed secured claim for attys lien per order dated 4/8/08. ecbApril 10, 2008, 10:16 am | | | | |
| * | 04/10/08 | | Transfer to Acct #*******5973 | Attorneys' Lien | 9999-003 | | 19,543.58 | 229,845.36 |
| | | | | Transfer to pay allowed secured claim for attys lien (per order dated 4/8/08)  ecb April 10, 2008, 10:13 am | | | | |
| * | 04/10/08 | | Reverses Transfer on 04/10/08 | Attorneys' Lien | 9999-003 | | -19,543.58 | 249,388.94 |
| | | | | Error of transposition. Amt should be 19,453..58. Will re transfer correct amount | | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| | |
|---|---|
| Case No: | 07-01312  -JHS |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED |
| Taxpayer ID No: | *******0849 |
| For Period Ending: | 02/02/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5863  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/22/08 | 3 | The Buona Companies, LLC | Installment No. 3 - Settlement Wire transfer rec'd and posted by bank on 04/18/08. Compensable amount reduced to reflect refunds paid per settlement agreement for claims reductions, see check 1006. | 1149-000 | 155,836.54 | | 405,225.48 |
| 04/30/08 | 7 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 67.12 | | 405,292.60 |
| 05/30/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 51.49 | | 405,344.09 |
| 06/30/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 49.84 | | 405,393.93 |
| 07/31/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 51.50 | | 405,445.43 |
| 08/29/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 51.51 | | 405,496.94 |
| 09/09/08 | | Transfer to Acct #*******5973 | Bank Funds Transfer Transfer funds to checking to pay refund due to The Buona Companies, LLC pursuant to settlement agreement for reduction of claims. | 9999-000 | | 79,154.17 | 326,342.77 |
| 09/30/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 42.72 | | 326,385.49 |
| 10/31/08 | 7 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 31.66 | | 326,417.15 |
| 11/28/08 | 7 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 26.75 | | 326,443.90 |
| 12/31/08 | 7 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 18.91 | | 326,462.81 |
| 01/30/09 | 7 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 8.31 | | 326,471.12 |
| 02/17/09 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 294.16 | 326,176.96 |
| 02/27/09 | 7 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 7.51 | | 326,184.47 |
| 03/31/09 | 7 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 8.32 | | 326,192.79 |
| 04/30/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 18.77 | | 326,211.56 |
| 05/29/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 19.39 | | 326,230.95 |
| 06/30/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 18.77 | | 326,249.72 |
| 07/31/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 19.40 | | 326,269.12 |
| 08/03/09 | 8 | UNITED STATES TREASURY Internal Revenue Service Cincinnati, OH  45999-0148 | Refund for 2004 Federal Taxes | 1224-000 | 5,751.00 | | 332,020.12 |
| 08/31/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 19.70 | | 332,039.82 |
| 09/25/09 | 8 | UNITED STATES TREASURY | Refund for 2005 Federal Taxes | 1224-000 | 74,733.11 | | 406,772.93 |

FORM 2    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-01312 -JHS |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED |
| | |
| Taxpayer ID No: | *******0849 |
| For Period Ending: | 02/02/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5863  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Internal Revenue Service | | | | | |
| | | Cincinnati, OH  45999-0148 | | | | | |
| 09/30/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 19.39 | | 406,792.32 |
| 10/30/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 24.18 | | 406,816.50 |
| 11/30/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 23.41 | | 406,839.91 |
| 12/31/09 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 24.19 | | 406,864.10 |
| 01/29/10 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 24.19 | | 406,888.29 |
| 02/26/10 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 21.85 | | 406,910.14 |
| 03/03/10 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 92.73 | 406,817.41 |
| | | | Transfer funds for bond premium payment. | | | | |
| 03/04/10 | | Transfer to Acct #*******5973 | Bank Funds Transfer | 9999-000 | | 254.15 | 406,563.26 |
| 03/31/10 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 24.17 | | 406,587.43 |
| 04/30/10 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 23.39 | | 406,610.82 |
| 05/28/10 | 7 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 24.16 | | 406,634.98 |
| 06/08/10 | 7 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.47 | | 406,640.45 |
| 06/08/10 | | Transfer to Acct #*******5973 | Final Posting Transfer | 9999-000 | | 406,640.45 | 0.00 |
| | | | Transfer funds for final distribution.  ecb June 08, 2010, 01:57 pm | | | | |

| Account   *******5863 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 5 | Deposits | 582,987.35 | 0 | Checks | 0.00 |
| | 30 | Interest Postings | 857.10 | 0 | Adjustments Out | 0.00 |
| | | | | 12 | Transfers Out | 583,844.45 |
| | | Subtotal | $  583,844.45 | | | |
| | | | | | Total | $  583,844.45 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  583,844.45 | | | |

Ver: 16.01c

FORM 2                                                                                          Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-01312 -JHS | |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED | |

Taxpayer ID No:   *******0849
For Period Ending:   02/02/11

Trustee Name:   Joseph A. Baldi, Trustee
Bank Name:   Bank of America, N.A.
Account Number / CD #:   *******5973  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/08 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 6,872.00 | | 6,872.00 |
| | | | Transfer funds to pay interim attys compensation. ecb March 25, 2008, 02:46 pm | | | | |
| 03/25/08 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 8,910.00 | | 15,782.00 |
| | | | Transfer funds to pay interim trustee compensation. ecb  March 25, 2008, 02:45 pm March 25, 2008, 02:45 pm | | | | |
| 03/25/08 | 001001 | JOSEPH A. BALDI , as Trustee Joseph A. Baldi & Associates 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | 1st Interim Compensation Allowance Per order dated 03/25/08 | 2100-000 | | 8,910.00 | 6,872.00 |
| 03/25/08 | 001002 | JOSEPH A. BALDI & ASSOCIATES, P.C. 19 South LaSalle Street Suite 1500 Chicago, IL  60603 | 1st Interim Compensation Allowance Attorneys Fees Per order dated 03/25/08 | 3110-000 | | 6,872.00 | 0.00 |
| 04/03/08 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 1,655.71 | | 1,655.71 |
| | | | Transfer funds to pay allowed expense reimbursement | | | | |
| 04/03/08 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 60,517.50 | | 62,173.21 |
| | | | Transfer funds to pay allowed interim comp to special counsel .  ecb April 03, 2008, 10:50 am | | | | |
| 04/03/08 | 001003 | Bauch & Michaels 53 W. Jackson Boulevard Suite 1115 Chicago  IL  60604 | Interim Compensation TR Special Counsel (1st  Interim Fee App) Allowed per court order dated 3/27/2008 | 3210-000 | | 60,517.50 | 1,655.71 |
| 04/03/08 | 001004 | Bauch & Michaels 53 W. Jackson Boulevard Suite 1115 Chicago  IL  60604 | Expense Reimbursement TR Special Counsel (1st Inteirm App) Per order dated 3/27/2008 | 3220-000 | | 1,655.71 | 0.00 |

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-01312 -JHS | | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED | | | Bank Name: | Bank of America, N.A. |
| | | | | Account Number / CD #: | *******5973 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0849 | | | | |
| For Period Ending: | 02/02/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 04/10/08 | | Transfer from Acct #*******5863 | Bank Funds Transfer Retransfer funds in corrected amount to pay allowed secured claim for attys lien per order dated 4/8/08. ecbApril 10, 2008, 10:16 am | 9999-000 | 19,453.58 | | 19,453.58 |
| * | 04/10/08 | | Transfer from Acct #*******5863 | Attorneys' Lien Transfer to pay allowed secured claim for attys lien (per order dated 4/8/08) ecb April 10, 2008, 10:13 am | 9999-003 | 19,543.58 | | 38,997.16 |
| * | 04/10/08 | | Reverses Transfer on 04/10/08 | Attorneys' Lien Error of transposition. Amt should be 19,453..58. Will re transfer correct amount | 9999-003 | -19,543.58 | | 19,453.58 |
| | 04/10/08 | 001005 | Bauch & Michaels, LLC 53 W. Jackson Blvd., STE 1115 Chicago, IL 60604 | Allowed Secured Claim - Attys Lien Per order dated 4/8/08 | 4220-000 | | 19,453.58 | 0.00 |
| | 09/09/08 | | Transfer from Acct #*******5863 | Bank Funds Transfer Transfer funds to checking to pay refund due to The Buona Companies, LLC pursuant to settlement agreement for reduction of claims. | 9999-000 | 79,154.17 | | 79,154.17 |
| | 09/09/08 | 001006 | THE BUONA COMPANIES, LLC % Carlo Buonavolanto 6801 W. Roosevelt Road Berwyn, IL 60402 | refund pursuant to settlement Refund under terms of Settlement Agreement with Buona Companies for claims reductions, final payment. | 8500-002 | | 79,154.17 | 0.00 |
| | 02/17/09 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 294.16 | | 294.16 |
| | 02/17/09 | 001007 | International Sureties, Ltd. 701 Poydras Street #420 New Orleans, LA 70139 | 2009 Bond Premium Payment Bond No. 016026455 | 2300-000 | | 294.16 | 0.00 |
| | 03/03/10 | | Transfer from Acct #*******5863 | Bank Funds Transfer Transfer funds for bond premium payment. | 9999-000 | 92.73 | | 92.73 |
| | 03/03/10 | 001008 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment Annual premium payment - 2010 | 2300-000 | | 92.73 | 0.00 |

FORM 2                                                                                           Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-01312  -JHS |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED |
| Taxpayer ID No: | *******0849 |
| For Period Ending: | 02/02/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5973  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 03/04/10 | | Transfer from Acct #*******5863 | Bank Funds Transfer | 9999-000 | 254.15 | | 254.15 |
| | 03/04/10 | 001009 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium Payment (2nd Check)<br>Balance Owing on 2010 annual premium<br>Bond # 016026455 | 2300-000 | | 254.15 | 0.00 |
| | 06/08/10 | | Transfer from Acct #*******5863 | Transfer In From MMA Account<br>Transfer funds for final distribution.  ecb June 08, 2010, 01:57 pm | 9999-000 | 406,640.45 | | 406,640.45 |
| * | 06/08/10 | 001010 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | 2100-003 | | 15,000.00 | 391,640.45 |
| * | 06/08/10 | 001010 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation<br>Check Stock (#2445079) jammed in printer and failed to print all information on paper; Reissued on check stock #2445112 | 2100-003 | | -15,000.00 | 406,640.45 |
| | 06/08/10 | 001011 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Expenses | 2200-000 | | 15.52 | 406,624.93 |
| | 06/08/10 | 001012 | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL  60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 9,773.00 | 396,851.93 |
| | 06/08/10 | 001013 | JOSEPH A BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, Il  60603 | Attorney for Trustee Expenses (Trus | 3120-000 | | 71.37 | 396,780.56 |
| | 06/08/10 | 001014 | PAUL M BAUCH<br>BAUCH & MICHAELS LLC<br>53 WEST JACKSON BOULEVARD STE 1115<br>CHICAGO, IL  60604 | Special Counsel for Trustee Fees | 3210-600 | | 3,188.00 | 393,592.56 |

Page: 7

FORM 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-01312 -JHS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5973 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0849 | | |
| For Period Ending: | 02/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 06/08/10 | 001015 | Bauch & Michaels<br>53 W. Jackson Boulevard<br>Suite 1115<br>Chicago  IL  60604 | Attorney for Trustee Expenses (Othe | 3220-000 | | 47.97 | 393,544.59 |
| | 06/08/10 | 001016 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il  60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 22,540.00 | 371,004.59 |
| | 06/08/10 | 001017 | JOHN A GREEN<br>4546 N Damen, Apt 212<br>Chicago, Il 60625 | Claim 000023, Payment 100.00% | 5300-000 | | 569.04 | 370,435.55 |
| | 06/08/10 | 001018 | Internal Revenue Service<br>Kansas City, MO 64999 | Social Security | 5300-000 | | 57.51 | 370,378.04 |
| | 06/08/10 | 001019 | Internal Revenue Service<br>Kansas City, MO 64999 | Federal Income Tax | 5300-000 | | 259.71 | 370,118.33 |
| | 06/08/10 | 001020 | Internal Revenue Service<br>Kansas City, MO 64999 | Medicare | 5300-000 | | 13.45 | 370,104.88 |
| | 06/08/10 | 001021 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | State Income Tax | 5300-000 | | 27.83 | 370,077.05 |
| | 06/08/10 | 001022 | Internal Revenue Service<br>Kansas City, MO 64999 | FUTA | 5800-000 | | 7.42 | 370,069.63 |
| * | 06/08/10 | 001023 | Internal Revenue Service<br>Kansas City, MO 64999 | SUTA | 5800-003 | | 79.77 | 369,989.86 |
| * | 06/08/10 | 001024 | Chicago Dept. of Revenue<br>Attn: Business Bankruptcy Unit<br>333 South State Street - Suite 540<br>Chicago, IL. 60604 | Claim 000003B, Payment 100.00% | 5800-004 | | 8,921.90 | 361,067.96 |
| * | 06/08/10 | 001025 | Chicago Dept. of Revenue<br>Attn: Business Bankruptcy Unit<br>333 South State Street - Suite 540 | Claim 000004B, Payment 100.00% | 5800-004 | | 10,146.94 | 350,921.02 |

Ver: 16.01c

FORM 2                                                                          Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-01312 -JHS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5973  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0849 | | |
| For Period Ending: | 02/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Chicago, IL. 60604 | | | | | |
| | 06/08/10 | 001026 | Internal Revenue Service | Social Secuity Employer matching | 5800-000 | | 57.51 | 350,863.51 |
| | | | Kansas City, MO 64999 | | | | | |
| | 06/08/10 | 001027 | Internal Revenue Service | Medicare empoyer matching | 5800-000 | | 13.45 | 350,850.06 |
| | | | Kansas City, MO 64999 | | | | | |
| | 06/08/10 | 001028 | Peoples Gas Light & Coke Co. | Claim 000001, Payment 44.04% | 7100-000 | | 6,977.30 | 343,872.76 |
| | | | 130 E. Randolph Drive | | | | | |
| | | | Chicago, IL 60601 | | | | | |
| | 06/08/10 | 001029 | Summit Beverage Service | Claim 000002, Payment 44.04% | 7100-000 | | 322.82 | 343,549.94 |
| | | | c/o Brenda Lee | | | | | |
| | | | 820 Birginal Dr. | | | | | |
| | | | Bensenville, IL 60106 | | | | | |
| * | 06/08/10 | 001030 | Chicago Dept. of Revenue | Claim 000003A, Payment 44.04% | 7100-004 | | 1,009.23 | 342,540.71 |
| | | | Attn: Business Bankruptcy Unit | | | | | |
| | | | 333 South State Street - Suite 540 | | | | | |
| | | | Chicago, IL. 60604 | | | | | |
| * | 06/08/10 | 001031 | Chicago Dept. of Revenue | Claim 000004A, Payment 44.04% | 7100-004 | | 976.38 | 341,564.33 |
| | | | Attn: Business Bankruptcy Unit | | | | | |
| | | | 333 South State Street - Suite 540 | | | | | |
| | | | Chicago, IL. 60604 | | | | | |
| * | 06/08/10 | 001032 | Chicago Dept. of Revenue | Claim 000005, Payment 44.03% | 7100-004 | | 26.42 | 341,537.91 |
| | | | Attn: Business Bankruptcy Unit | | | | | |
| | | | 333 South State Street - Suite 540 | | | | | |
| | | | Chicago, IL. 60604 | | | | | |
| | 06/08/10 | 001033 | Restaurant Stainless Service | Claim 000006, Payment 44.04% | 7100-000 | | 2,647.28 | 338,890.63 |
| | | | 356 Willowbrook Way | | | | | |
| | | | Geneva, IL 60134 | | | | | |
| | 06/08/10 | 001034 | Get Fresh Produce, Inc. | Claim 000007, Payment 44.04% | 7100-000 | | 3,855.27 | 335,035.36 |
| | | | c/o Michael Cotteleer | | | | | |
| | | | 207 N. Washington | | | | | |
| | | | Wheaton, IL 60187 | | | | | |

FORM 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-01312  -JHS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5973  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0849 | | | |
| For Period Ending: | 02/02/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/08/10 | 001035 | Harbor House Publishers, Inc 221 Water Street Boyne City, MI 49712 | Claim 000008, Payment 44.04% | 7100-000 | | 475.64 | 334,559.72 |
| 06/08/10 | 001036 | Pitney Bowes Inc 27 Waterview Drive Shelton, CT 06484 | Claim 000009, Payment 44.04% | 7100-000 | | 931.88 | 333,627.84 |
| 06/08/10 | 001037 | Cathy Olson 1913 Applewood Drive Wauconda, IL 60084 | Claim 000010, Payment 44.04% | 7100-000 | | 352.32 | 333,275.52 |
| 06/08/10 | 001038 | Gail Goldberg c/o Stuart Gimbel Kamensky Rubinstein 7250 N. Cicero Ave., STE 200 Lincolnwood, IL 60712 | Claim 000011, Payment 44.04% | 7100-000 | | 281,859.66 | 51,415.86 |
| 06/08/10 | 001039 | Latimer LeVay Jurasek LLC, c/o Sheryl A. Fyock 55 W. Monroe Street Suite 1100 Chicago, IL 60603-5128 | Claim 000013, Payment 44.04% | 7100-000 | | 3,821.92 | 47,593.94 |
| 06/08/10 | 001040 | Consumers Meat Packing Co American Financial Mgmt, Inc 3715 N. Ventura Dr. Arlington Heights, IL 60004 | Claim 000014, Payment 44.04% | 7100-000 | | 2,675.59 | 44,918.35 |
| 06/08/10 | 001041 | U.S. Foodservice, Inc./Bensenville c/o David B. Eberhardt, Esq. 9755 Patuxent Woods Drive Columbia, MD 21046 | Claim 000016, Payment 44.04% | 7100-000 | | 18,026.05 | 26,892.30 |
| 06/08/10 | 001042 | DeNormandie Towel Linen Supply c/o Morton Cohon 6210 Lincoln Ave. Morton Grove, IL 60053 | Claim 000017, Payment 44.04% | 7100-000 | | 11,892.30 | 15,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

Ver: 16.01c

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-01312 -JHS |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED |
| Taxpayer ID No: | *******0849 |
| For Period Ending: | 02/02/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5973 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | 06/08/10 | 001043 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation<br>Original check stock jammed in printer; Reissued. | 2100-000 | | 15,000.00 | 0.00 |
| * | 06/18/10 | 001023 | Internal Revenue Service<br>Kansas City, MO 64999 | SUTA<br>Incorrect addresssee - Should be IL Dept of<br>Employment Security. Have reprogrammed system<br>to correct. | 5800-003 | | -79.77 | 79.77 |
| | 06/18/10 | 001044 | Illinois Dept of Employment Security<br>PO Box 19300<br>Springfield IL 62794-9300 | SUTA<br>Contribution for Qtr ending 6-30-10<br>Employer EIN 36-3260849<br>State unemployment contribution for John Green | 5800-000 | | 79.77 | 0.00 |
| * | 09/21/10 | 001024 | Chicago Dept. of Revenue<br>Attn: Business Bankruptcy Unit<br>333 South State Street - Suite 540<br>Chicago, IL. 60604 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 5800-004 | | -8,921.90 | 8,921.90 |
| * | 09/21/10 | 001025 | Chicago Dept. of Revenue<br>Attn: Business Bankruptcy Unit<br>333 South State Street - Suite 540<br>Chicago, IL. 60604 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 5800-004 | | -10,146.94 | 19,068.84 |
| * | 09/21/10 | 001030 | Chicago Dept. of Revenue<br>Attn: Business Bankruptcy Unit<br>333 South State Street - Suite 540<br>Chicago, IL. 60604 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -1,009.23 | 20,078.07 |
| * | 09/21/10 | 001031 | Chicago Dept. of Revenue<br>Attn: Business Bankruptcy Unit<br>333 South State Street - Suite 540<br>Chicago, IL. 60604 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -976.38 | 21,054.45 |
| * | 09/21/10 | 001032 | Chicago Dept. of Revenue<br>Attn: Business Bankruptcy Unit<br>333 South State Street - Suite 540 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -26.42 | 21,080.87 |

FORM 2

Page: 11

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-01312 -JHS                    Trustee Name:          Joseph A. Baldi, Trustee
Case Name: PELHAM ENTERPRISES, INCORPORATED          Bank Name:             Bank of America, N.A.
                                               Account Number / CD #:    *******5973 Checking Account (Non-Interest Earn

Taxpayer ID No: *******0849
For Period Ending: 02/02/11                                Blanket Bond (per case limit):    $ 5,000,000.00
                                                 Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL. 60604 | | | | | |
| * 09/23/10 | 001045 | Chicago Department of Revenue<br>121 N. LaSalle Street Room 107<br>Chicago IL 60603 | Claim 000003B, Payment 100.00%<br>Replacement Check for Check No. 1024 | 5800-004 | | 8,921.90 | 12,158.97 |
| * 09/23/10 | 001046 | Chicago Department of Revenue<br>121 N. LaSalle Street Room 107<br>Chicago IL 60603 | Claim 000004B, Payment 100.00%<br>Replacement for Check No. 1025 | 5800-004 | | 10,146.94 | 2,012.03 |
| * 09/23/10 | 001047 | Chicago Department of Revenue<br>121 N. LaSalle Street Room 107<br>Chicago IL 60603 | Claim 000003A, Payment 44.04%<br>Replacement for Check No. 1030 | 7100-004 | | 1,009.23 | 1,002.80 |
| * 09/23/10 | 001048 | Chicago Department of Revenue<br>121 N. LaSalle Street Room 107<br>Chicago IL 60603 | Claim 000004A, Payment 44.04%<br>Replacement for Check No. 1031 | 7100-004 | | 976.38 | 26.42 |
| * 09/23/10 | 001049 | Chicago Dept. of Revenue<br>Attn: Business Bankruptcy Unit<br>333 South State Street - Suite 540<br>Chicago, IL. 60604 | Claim 000005, Payment 44.03%<br>Replacement for Check No. 1032 | 7100-004 | | 26.42 | 0.00 |
| * 11/17/10 | 001045 | Chicago Department of Revenue<br>121 N. LaSalle Street Room 107<br>Chicago IL 60603 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 5800-004 | | -8,921.90 | 8,921.90 |
| * 11/17/10 | 001046 | Chicago Department of Revenue<br>121 N. LaSalle Street Room 107<br>Chicago IL 60603 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 5800-004 | | -10,146.94 | 19,068.84 |
| * 11/17/10 | 001047 | Chicago Department of Revenue<br>121 N. LaSalle Street Room 107<br>Chicago IL 60603 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -1,009.23 | 20,078.07 |
| * 11/17/10 | 001048 | Chicago Department of Revenue<br>121 N. LaSalle Street Room 107<br>Chicago IL 60603 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -976.38 | 21,054.45 |
| * 11/17/10 | 001049 | Chicago Dept. of Revenue<br>Attn: Business Bankruptcy Unit | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -26.42 | 21,080.87 |

Page: 12

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        07-01312  -JHS
Case Name:      PELHAM ENTERPRISES, INCORPORATED

Taxpayer ID No:  *******0849
For Period Ending:  02/02/11

Trustee Name:   Joseph A. Baldi, Trustee
Bank Name:      Bank of America, N.A.
Account Number / CD #:   *******5973  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 333 South State Street - Suite 540 Chicago, IL. 60604 | | | | | |
| 11/22/10 | 001050 | Chicago Department of Revenue 121 N. LaSalle Street  Room 107 Chicago  IL  60603 | Claim 000003B, Payment 100.00% Replacement Check for Check No. 1045 which replaced check 1024 Joe to deliver to lawyer for City | 5800-000 | | 8,921.90 | 12,158.97 |
| 11/22/10 | 001051 | Chicago Department of Revenue 121 N. LaSalle Street  Room 107 Chicago  IL  60603 | Claim 000004B, Payment 100.00% Replacement for Check No. 1046 which replaces check 1025 Joe to hand deliver to City's attorney | 5800-000 | | 10,146.94 | 2,012.03 |
| 11/22/10 | 001052 | Chicago Department of Revenue 121 N. LaSalle Street  Room 107 Chicago  IL  60603 | Claim 000003A, Payment 44.04% Replacement for Check No. 1047 which replaced check 1030 Joe to deliver to City's attorney | 7100-000 | | 1,009.23 | 1,002.80 |
| 11/22/10 | 001053 | Chicago Department of Revenue 121 N. LaSalle Street  Room 107 Chicago  IL  60603 | Claim 000004A, Payment 44.04% Replacement for Check No. 1048 which replaced check 1031 Joe to deliver to City's attorney | 7100-000 | | 976.38 | 26.42 |
| 11/22/10 | 001054 | Chicago Dept. of Revenue Attn: Business Bankruptcy Unit 333 South State Street - Suite 540 Chicago, IL. 60604 | Claim 000005, Payment 44.03% Replacement for Check No. 1049 which replaced check 1032 | 7100-000 | | 26.42 | 0.00 |

FORM 2                                                                                    Page:   13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                         Exhibit 9

| Case No: | 07-01312  -JHS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | PELHAM ENTERPRISES, INCORPORATED | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5973  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0849 | | | |
| For Period Ending: | 02/02/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account   *******5973 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 66 | Checks | 583,844.45 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $        0.00 | | | |
| | | | | Total | $    583,844.45 |
| 0 | Adjustments In | 0.00 | | | |
| 12 | Transfers In | 583,844.45 | | | |
| | Total | $    583,844.45 | | | |

| Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 5 | Deposits | 582,987.35 | 66 | Checks | 583,844.45 |
| 30 | Interest Postings | 857.10 | 0 | Adjustments Out | 0.00 |
| | | | 12 | Transfers Out | 583,844.45 |
| | Subtotal | $    583,844.45 | | | |
| | | | | Total | $  1,167,688.90 |
| 0 | Adjustments In | 0.00 | | | |
| 12 | Transfers In | 583,844.45 | | | |
| | Total | $  1,167,688.90 | | Net Total Balance | $        0.00 |